# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

ROBERT ROGALA, being sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Levittown, New York.

On **December 16, 2015, at 2:45pm,** I served the within:

**SUMMONS AND COMPLAINT, 15-09697**

on **MILESON KWOK**

by delivering a true copy personally to his actual place of residence to:

**Mailroom Clerk, 781 Fifth Avenue, New York, NY 10022**

and by mailing a copy on December 17, 2015, in an envelope to the actual place of business, above, marked "Personal and Confidential" and without any return address showing.

The mailroom clerk is described as follows:

Male      (Female)

White Skin
(Black Skin)
Brown Skin

Hair Color: _Black_

Approx. age: _40-50_ years old

Approx. height: _5'2" - 5'6"_

Approx. weight: _150_ lbs.

_____
ROBERT ROGALA

Sworn to before me this _17_ day of _December_, 2015

_____
NOTARY PUBLIC

RAYMOND NARDO
Notary Public, State of New York
No. 02NA5012039
Qualified in Nassau
Commission Expires on June 15, 2019