UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN AHN,<br><br>            Plaintiff,<br><br>            v.<br><br>GOLDEN SPRING (NEW YORK) LTD., et al.,<br><br>            Defendants. | Civil No. 1:15-cv-09697(ALC)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok. I hereby certify that I am admitted to practice in this Court.

Dated:  January 4, 2016

Respectfully submitted,

/s/ Christopher N. Manning

Christopher N. Manning (CM-4231)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.   (202) 434-5000
Fax.   (202) 434-5029
Email   CManning@wc.com

*Counsel for Defendants Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 4, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties required to be served.

                                                  */s/* Christopher N. Manning