LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

CHRISTOPHER N. MANNING
(202) 434-5121
CManning@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 4, 2016

**<u>Via ECF</u>**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

> Re:  *Ahn v. Golden Spring (New York) Ltd.*, No. 1:15-cv-09697(ALC)
> Request for Extension of Time to Answer or Otherwise Respond to Plaintiff's
> Complaint

Dear Judge Carter:

I write on behalf of the Defendants in this action, Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 6(b)(1) to request an extension of time through and including February 5, 2016, to answer or otherwise respond to Plaintiff's complaint ("Complaint"). Defendants acknowledge that they were properly served with a summons and a copy of the Complaint pursuant to Federal Rule of Civil Procedure 4 on December 16, 2015. The deadline for Defendants to answer or otherwise respond to the Complaint is January 6, 2016.

This is Defendants' first request for an extension of time in which to answer or otherwise respond to the Complaint. Defendants' counsel has conferred with Plaintiff's counsel, who has consented to the requested extension.

Respectfully submitted,

**WILLIAMS & CONNOLLY LLP**

/s/ Christopher N. Manning
Christopher N. Manning (CM 4231)

*Counsel for Defendants*

cc:    Counsel of Record (via ECF)