**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEVEN AHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:15-cv-09697(ALC) |
| | ) |
| GOLDEN SPRING (NEW YORK) LTD., et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER ON REQUEST FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This Court, having reviewed Defendants' Request for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Request"), hereby **GRANTS** the Request and **ORDERS** that Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before February 5, 2016.

Dated: _____

_____
Hon. Andrew L. Carter, Jr.
United States District Judge