Carter, a.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN AHN, ) | 1-5-16 |
| Plaintiff, ) | |
| v. ) | Civil No. 1:15-cv-09697(ALC) |
| GOLDEN SPRING (NEW YORK) LTD., et al., ) | |
| Defendants. ) | |

**[PROPOSED] ORDER ON REQUEST FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

This Court, having reviewed Defendants' Request for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Request"), hereby **GRANTS** the Request and **ORDERS** that Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before February 5, 2016.

Dated: 1-5-16

_____
Hon. Andrew L. Carter, Jr.
United States District Judge