UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEVEN AHN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOLDEN SPRING (NEW YORK) LTD., et al., )<br>)<br>Defendants. )<br>)<br>)<br>) | Civil No. 1:15-cv-09697(ALC)(JLC)<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ryan T. Scarborough, hereby move this Court for an Order admitting me *pro hac vice* to the bar of this Court to appear as counsel for Defendants Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok in the above-captioned matter.

I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  January 7, 2016

Respectfully submitted,

/s/ Ryan T. Scarborough

Ryan T. Scarborough
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.   (202) 434-5000
Fax.   (202) 434-5029
Email   RScarborough@wc.com

*Counsel for Defendants Golden Spring (New York)
Ltd., Miles Kwok, and Mileson Kwok*