

# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## RYAN T. SCARBOROUGH

was on **OCTOBER 2, 2000** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JANUARY 5, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
    Deputy Clerk

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### RYAN THOMAS SCARBOROUGH

was admitted to practice as an attorney and counsellor at the bar of this Court on June 6, 2000.

I further certify that so far as the records of this office are concerned, RYAN THOMAS SCARBOROUGH is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 6th day of January

A.D. 2016

By: _____
*Deputy Clerk*