UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN AHN, | ) *1-8-16* |
| Plaintiff, | ) |
| v. | ) Civil No. 1:15-cv-09697(ALC)(JLC) |
| GOLDEN SPRING (NEW YORK) LTD., et al., | ) [PROPOSED] **ORDER FOR** |
| Defendants. | ) **ADMISSION PRO HAC VICE** |

The motion of Ryan T. Scarborough for admission to practice *pro hac vice* in the above-captioned action is granted.

The applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia and that his contact information is as follows:

Applicant's Name: Ryan T. Scarborough

Firm Name: Williams & Connolly LLP

Address: 725 Twelfth St., N.W.; Washington, DC 20005

Telephone: 202-434-5000

Email: RScarborough@wc.com

The Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok in the above-captioned action,

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 8, 2016

_____
United States District Judge