**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN AHN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 1:15-cv-09697(ALC)(JLC) |
| | ) |
| GOLDEN SPRING (NEW YORK) LTD., et al., | )   **MOTION FOR ADMISSION** |
| | )   **PRO HAC VICE** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Graham W. Safty, hereby move this Court for an Order admitting me *pro hac vice* to the bar of this Court to appear as counsel for Defendants Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok in the above-captioned matter.

I am a member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  January 20, 2016        Respectfully submitted,

/s/ Graham W. Safty

Graham W. Safty
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel.    (202) 434-5000
Fax.    (202) 434-5029
Email   GSafty@wc.com

*Counsel for Defendants Golden Spring (New York)*
*Ltd., Miles Kwok, and Mileson Kwok*