# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 13, 2016

Re:  Graham William Safty, State Bar Number 24088343

To Whom It May Concern:

This is to certify that Graham William Safty was licensed to practice law in Texas on November 01, 2013, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; and is not presently under either administrative or disciplinary suspension from the practice of law. However, because the attorney has chosen an exemption from Minimum Continuing Legal Education, they are not eligible to practice in the State of Texas.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/aa



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167