**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| STEVEN AHN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil No. 1:15-cv-09697(ALC)(JLC) |
|  | ) |
| GOLDEN SPRING (NEW YORK) LTD., et al., | ) **[PROPOSED] ORDER FOR** |
|  | ) **ADMISSION PRO HAC VICE** |
| Defendants. | ) |
|  | ) |
|  | ) |
|  | ) |

The motion of Graham W. Safty for admission to practice *pro hac vice* in the above-captioned action is granted.

The applicant has declared that he is a member in good standing of the bar of the State of Texas and that his contact information is as follows:

Applicant's Name: Graham W. Safty

Firm Name: Williams & Connolly LLP

Address: 725 Twelfth St., N.W.; Washington, DC 20005

Telephone: 202-434-5000

Email: GSafty@wc.com

The Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok in the above-captioned action,

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New

2

York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.


Dated: _____, 2016


                                        _____

                                        United States District/Magistrate Judge