LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

RYAN T. SCARBOROUGH
(202) 434-5173
RScarborough@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 2, 2016

**Via ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

    Re:   *Ahn v. Golden Spring (New York) Ltd.*, No. 1:15-cv-09697(ALC)
           Request for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint

Dear Judge Carter:

      I write on behalf of the Defendants in this action, Golden Spring (New York) Ltd., Miles Kwok, and Mileson Kwok (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 6(b)(1) to request an extension of time through and including March 4, 2016, to answer or otherwise respond to Plaintiff's complaint ("Complaint"). Defendants' counsel has conferred with Plaintiff's counsel, who has consented to the requested extension. This request is being made in order to allow Defendants' counsel to further investigate the claims in the Complaint and to discuss the basis for those claims with Plaintiff's counsel.

      The deadline for Defendants to answer or otherwise respond to the Complaint is currently February 5, 2016. This is Defendants' second request for an extension of time in which to answer or otherwise respond to the Complaint. The original deadline was January 7, 2016. On January 5, 2016, this Court granted Defendants' first request for an extension of time in which to answer or otherwise respond to the Complaint.

                                     Respectfully submitted,

                                       **WILLIAMS & CONNOLLY LLP**

                                       /s/ Ryan T. Scarborough

            Ryan T. Scarborough (*pro hac vice*)
            Christopher N. Manning (CM 4231)

            *Counsel for Defendants*

cc:  Counsel of Record (via ECF)