UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STEVEN AHN,                             :

        Plaintiff,                       :

        -against-                       :     VOLUNTARY DISMISSAL
                                                  WITHOUT PREJUDICE OF
                                                  ALL CLAIMS
GOLDEN SPRING (NEW YORK) LTD., MILES    :
KWOK, as an individual, MILESON KWOK,         15-CV-09697(ALC)
as an individual                        :

        Defendants.                     :
----------------------------------------X


PLAINTIFF hereby voluntarily dismisses, without prejudice, all claims against the defendants pursuant to Federal Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:    February 29, 2016

_____
RAYMOND NARDO, Esq.
129 THIRD ST.
MINEOLA, NY 11501
(516)248-2121
*Counsel for Plaintiff*