Carter, a.

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------X<br>STEVEN AHN,<br><br>          Plaintiff,<br><br>          -against-<br><br>GOLDEN SPRING (NEW YORK) LTD., MILES<br>KWOK, as an individual, MILESON KWOK,<br>as an individual<br><br>          Defendants.<br>------------------------------------X | USDC SDNY<br>DOCUMENT ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 3/2/16<br><br><br>VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS<br><br>15-CV-09697(ALC) |

PLAINTIFF hereby voluntarily dismisses, without prejudice, all claims against the defendants pursuant to Federal Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:    February 29, 2016

_[signature]_
_____
RAYMOND NARDO, Esq.
129 THIRD ST.
MINEOLA, NY 11501
(516)248-2121
*Counsel for Plaintiff*

SO ORDERED:

_[signature: Andrew L Carter]_
_____  3/2/16
U.S.D.J.